Submitted September 3, reversed November 24, 2021

In the Matter of A. V. D.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

E. D.,
*Appellant.*

Coos County Circuit Court
20JU06151; A175571

500 P3d 85

Megan Jacquot, Judge.

Shannon Storey, Chief Defender, Juvenile Appellate Section, and Tiffany Keast, Deputy Public Defender, Office of Public Defense, Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Stacy M. Chaffin, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Reversed.

**PER CURIAM**

Mother appeals a judgment establishing juvenile-court jurisdiction over 16-year-old A. In four assignments of error, mother argues that the evidence is legally insufficient to warrant the juvenile court's jurisdiction, because the conditions and circumstances alleged by the Department of Human Services (DHS) do not expose A to a current, non-speculative risk of serious loss or injury. ORS 419B.100(1)(c). DHS concedes the error. We agree, accept the concession, and reverse the jurisdictional judgment.

Reversed.